UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
05-00009 LTS

UNITED STATES OF AMERICA

v.

EDUARDO ENCARNACION BUENO

ORDER OF DETENTION

JUNE 10, 2005

SOROKIN, M.J.

Upon the release of the defendant from the Hospital, the defendant is remanded to the custody of the United States Marshals. The agents with direct custody of the defendant are Ordered to transfer the defendant to the Essex County Correctional Facility and lodge him there as a Marshals Service detainee. The agents with direct custody of the defendant are further Ordered to notify the U.S. Marshals Service upon the defendant's release from the Hospital.

  /s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE