AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF ___MASSACHUSETTS___

US
v.
Eduardo Bueno

**EXHIBIT AND WITNESS LIST**

Case Number: MJ 05-9

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| LTS | Hogan / Assaf | Cullen |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/15 | | ✓ | Peter Darling - SI Agent |
| 1 | | 6/15 | ✓ | ✓ | Complaint |
| 2 | | 6/15 | ✓ | ✓ | Passport |
| 3 | | 6/15 | ✓ | ✓ | Identification of Bueno |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page: 1 of _____ Pages

