**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v | ) Crim. No. 05-mj-00009-LTS |
|  | ) |
| EDUARDO ENCARNACION BUENO, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as substitute counsel for Assistant United States Attorney Maureen Hogan.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

July 7, 2005

By:   /s/ Lisa M. Asiaf
LISA M. ASIAF
Assistant U.S. Attorney
Tel: (617)748-3268

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by first class mail to any/all counsel of record who do not automatically received service of process via the Court's ECF filing system.

This 7th day of July 2005.

  /s/ Lisa M. Asiaf
LISA M. ASIAF
ASSISTANT UNITED STATES ATTORNEY